# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Steven Bono, as Independent Executor of the Estate of Phyllis Bono, deceased

                Plaintiff,

v.

Artis Senior Living of Barlett, LLC, a Foreign Limited Liability Company d/b/a Artis Senior Living of Barlett and Artis Senior Living, LLC, a Foreign Limited Liability Company

                Defendant.

Case No.: 1:22−cv−02672

Honorable Edmond E. Chang

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 23, 2024:

      MINUTE entry before the Honorable Edmond E. Chang: On review of the petition to approve settlement, the petition is granted given the risks of litigation on both sides. The one−third contingency fee is within the usual range of reasonableness in cases of this type, and the costs were reasonably expended. Each of the three heirs shall receive $4,768.28; the Estate shall receive $13,319.53; attorney's fees shall consist of $16,666.67; the litigation cost amount reimbursed to counsel is $4,723.67; the state probate cost is $306.61; and the Medicare lien is $306.61. The approval order will be posted separately. The motion [11] to remand is terminated. Defendant Artis Senior Living of Bartlett, LLC, is dismissed with prejudice and without further costs. The status hearing of 10/25/2024 is vacated. Civil case terminated. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.